UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
G. DANIEL WALKER,              )
                               )    1:00-CV-05545 OWW WMW P
                               )    (New DJ)
               Plaintiff,      )
                               )
       v.                      )    ORDER DISMISSING ACTION
                               )
D. TRAVERS, et al.,            )
                               )
                               )
               Defendant.      )
                               )
_____)
```

On January 25, 2005, the magistrate judge issued an Order To Show Cause as to why this action should not be dismissed for lack of prosecution.  As of this date no response has been filed, so it is therefore ordered that this action is ordered dismissed without prejudice.

Dated: September 19, 2006          /s/ OLIVER W. WANGER
                                   United States District Judge

1